Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   EDCV 01-00829 VAP(SGLx)                Date/Filed: June 19, 2002

Title:   LANNY SWERDLOW   v.   CITY OF PALM SPRINGS, et al.

---

PRESENT:      THE HONORABLE WM. MATTHEW BYRNE, JR.   JUDGE

    Vangelina Pina             Not Present
    Courtroom Clerk          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

  No Appearances               No Appearances

PROCEEDING: (IN CHAMBERS) CONFERENCE CALL

The Court has set this matter for a telephonic conference call for
**Thursday, June 27, 2002, at 12:00 p.m.**, for the purposes of setting a
Settlement Conference date.  The Court will place the telephone call to
the parties.

As the court will initiate the conference call, please notify the Court
Clerk at **(213)894-3537** should you not be available at the telephone
number listed or if someone else from your office is handling this
matter.


cc:  Judge Phillips
    All Counsel of Record



JUN 20 2002

MINUTES FORM 90                    Initials of Deputy Clerk  vp
CIVIL - GEN

