UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## CIVIL MINUTES - GENERAL

Case No.   EDCV 01-00829 VAP(SGLx)          Date/Filed: July 10, 2002

Title:   LANNY SWERDLOW   v.   CITY OF PALM SPRINGS, et al.

---

PRESENT:   THE HONORABLE WM. MATTHEW BYRNE, JR.   JUDGE

| Vangelina Pina | Walter Ledge |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Carol Sobel                          Anthony Taylor

PROCEEDING: (IN CHAMBERS) SETTLEMENT CONFERENCE

In chambers and off the record, the settlement conference is held. Court and counsel discuss the status of the case and do come to an agreement. Now on the record, the settlement is placed.

Plaintiffs' counsel is instructed to submit their settlement paperwork before the Honorable Judge Phillips.


cc:   Judge Phillips
      All Counsel of Record


JUL 15 2002

MINUTES FORM 90                          Initials of Deputy Clerk ___
CIVIL - GEN